*Idaho State Correctional Center Court filing Record*

*Court:       In the United States District Court for the District of Idaho*

*Date: June 10, 2022*

*Submitted by Resident: June 8, 2022*

*Case No.: 1:21-cv-00077-BLW*

*Inmate Name: Antonio Meza-Sayas*

*Inmate No.:  51181*

*Document Title: Affidavit of Dale C. Shackelford*

*Total Pages: 3*

*Inmate Verification of page count signature: Filed without inmate review*

*Document 1 of 1*

Antonio Meza-Sayas
51181 / ISCC / F2
P.O. Box 70010
Boise, ID  83707

    PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTONIO MEZA-SAYAS, | ) |
|     Plaintiff, | ) |
| | ) Case No. 1:21-cv-00077-BLW |
| v. | ) |
| | ) AFFIDAVIT OF DALE C. SHACKELFORD |
| CORIZON, LLC., | ) |
|     Defendant. | ) |

COMES NOW YOUR AFFIANT, Dale C. Shackelford, and states under oath as follows:

1). I am over age 18, have personal knowledge of the facts set forth below and am competent to testify thereto.

2). I am personally familiar with the Plaintiff in the above-styled case, and due to his inability to comprehend information in the English language, lack of virtually any formal education, lack of ability to comprehend even the most basic legal vernacular or processes, I assisted in preparing a Motion for Appointment of Counsel for filing in this court.

AFFIDAVIT OF DALE C. SHACKELFORD  -  1

3). I have communicated directly with Plaintiff's family regarding the necessity and [their] efforts of retaining counsel to represent the Plaintiff in this case, and I have personally made contact with attorneys both in Idaho and other states regarding representation of the Plaintiff - paid, on contingency, pro bono, or combinations thereof. None of the attorneys contacted would even review this [prisoner] case until such time as either the Initial Review had cleared and [Defendant's] Answer had been filed, or attorney fee caps instituted by the Prison Litigation Reform Act (PLRA) could be overcome.

4). Although I have not acted in any manner so as to represent the Plaintiff in violation of any law or rule preventing the unlicensed practice of law (including, but not limited to the proffer or giving of legal advice), it has been my observation that the Plaintiff is incapable of articulating, presenting or prosecuting any claims in this (or any other) case - in English or Spanish. This includes the drafting of the original complaint in this case.

5). Almost immediately after I assisted Plaintiff with the Motion for Appointment of Counsel (Dkt. 25), Plaintiff was moved to another housing area within the Idaho State Correctional Center (ISCC), thus I am no longer able to effectively assist him in this case.

6). After reviewing the extensive correspondence between Plaintiff and agents of [Defendant] Corizon, LLC dated prior to and immediately after the amputation of Plaintiff's leg due to what is described therein as untreated infection and diabetes, it is clear even to a layman that there is a significant liklihood of success on the merits of the case, if only the issues can be properly presented to the Court, and any procedural deficiencies overcome with professional argument and briefing.

AFFIDAVIT OF DALE C. SHACKELFORD  -  2

7). The Idaho Department of Correction, by whom both the Plaintiff and Affiant are incarcerated, refuses to provide any legal research materials (case law) to prisoners, and actively prohibits possession of same where the material contains information regarding the crime, sentence or identity of another offender (IDOC SOP 402.02.01.001). These prohibitions are not limited to information about Idaho prisoners, or even current prisoners. Possession of same may result in punishment and loss of privileges, and prevents Plaintiff from knowing the details of decisions necessary to successfully prosecute this matter without assistance of counsel, creating a situation where the difficulties faced by the Plaintiff are more burdensome than most other litigants would have proceeding pro se.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

I hereby verify that the foregoing is true and correct under penalty of perjury.

Executed this 8th day of June, 2022

Dale C. Shackelford
64613 / ISCC / Unit F
P.O. Box 70010
Boise, ID  83707

AFFIDAVIT OF DALE C. SHACKELFORD  -  3