_WHITECOTTON D_
Full Name/Prisoner Name
IDOC No. _23060_
_ISCC_
_PO BOX 70010_
_BOISE, ID 83707_
Complete Mailing Address

_UNITED STATES DISTRICT COURT_
_FOR THE DISTRICT OF IDAHO_

_ANTONIO MEZA-SAYAS,_ )
)
Plaintiff/Petitioner, )
)
vs. )
_CORIZON: DR. AGULAR", DR._ )
_MIGLIORI: DR. BROWN: NURSE_ )
_MOUNTAIN: AND NURSE MARIA_ , )
)
Defendant/Respondent. )
)

Case No. _1:21-cv-00577BLW_

**AFFIDAVIT OF**

_AMICUS CURIAE_

_WHITECOTTON D_ _____, after first being duly sworn upon his/her oath, deposes and says as follows: _HAVING NO INTEREST IN THIS CASE SIMPLY, PRESENT THESE FACTS THROUGH MY OWN INVESTIGATION, TO THIS COURT. TO ASSIST THE SCALES OF JUSTICE WITH DILLIGENCE FOR THE GREATER GOOD. THE PLAINTIFF HAS OTHER INMATES ASSISTING HIM WITH THIS_

AFFIDAVIT OF _AMICUS CURIAE_ - pg _1_ _of_ _3_
Revised 3/24/16

CASE. AS HE STATES, HE IS UNABLE TO WRITE ENGLISH HE ALSO APPEARS NOT TO BE ABLE TO READ THEM. HE HAD HIS LEG (LEFT) AMPUTATED IN 2019 BECAUSE OF A FUNGUS, TREATMENT WAS BELOW STANDARDS. OTHERWISE ANTONIOS FUNGUS OF THE LEG WOULD HAVE BEEN TREATED AND HE "MOST LIKELY" WOULD STILL HAVE HIS LEG. KNOWING & UNDERSTANDING: THE LAW "OR NOT" IS NO EXCUSE FOR FAILURES TO ACT, I BELIEVE THE PLAINTIFF IS IN NEED OF COUNSEL THOUGH.

Further your affiant sayeth naught.

DATED This 17 day of JUNE , 2022

_____
Signature

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: 6/17/22

White Cotton O
Typed/Printed

_____
Signature

AFFIDAVIT OF Amicus Curiae pg. 2 o 3
Revised 3/24/16

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the _17th_ day of _June_ 20 _22_, I

mailed a true and correct copy of the AFFIDAVIT _Amics Cirae_ via

prison mail system for processing to the U.S. mail system to:

_United States District Court_

_District of Idaho_

_6450 Mineral Drive_

_Coeur D'Alene, Id. 83815_

_____
Signature

AFFIDAVIT OF _Amicas Corae_ - pg. _3o3_
Revised 3/24/16

Inmate: [signature]

Inmate #: ___ HU ___

ID #: ___

Address: PO Box ___ / ___

City: ___ State: ID Zip: 83330

Inmate Correspondence

USD Court Clerk
550 West Fort Street
Boise, Idaho
83724

LEGAL MAIL

US POSTAGE — PITNEY BOWES

ZIP 83634
02 4W
0000376309 JUN 28 2022
$ 000.53°

Legal/Exhibits