UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTONIO MEZA-SAYAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORIZON; DR. AGUILAR; DR. MIGLIORI; DR. BROWN; NURSE MONTAIN; and NURSE MARIA,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00077-BLW<br><br>**NOTICE OF INTENT TO DISMISS** |

Pending before the Court is Defendant Corizon's Motion for Summary Judgment. *See* Dkt. 30. Plaintiff was notified of his obligation to respond to the Motion, *see* Dkt. 31, but he has not done so. The response is now overdue.

**ACCORDINGLY, IT IS ORDERED** that Plaintiff must respond to Defendant Corizon's Motion for Summary Judgment within 10 days after entry of this Order. If Plaintiff does not file a timely response, this case may be dismissed with prejudice and without further notice, for failure to prosecute or failure to comply with an order of the Court. *See* Fed. R. Civ. P. 41(b).

DATED: January 9, 2023

_____
B. Lynn Winmill
U.S. District Court Judge