UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTONIO MEZA-SAYAS,<br><br>              Plaintiff,<br><br>   v.<br><br>CORIZON; DR. AGUILAR; DR. MIGLIORI; DR. BROWN; NURSE MONTAIN; and NURSE MARIA,<br><br>              Defendants. | Case No. 1:21-cv-00077-AKB<br><br>**ORDER OF DISMISSAL** |

A review of the docket in this case reveals that Plaintiff's complaint is subject to dismissal for failure to prosecute or failure to comply with a Court order. *See* Dkt. 32 (Jan. 9, 2023) (notifying Plaintiff that, if he did not respond to the Motion for Summary Judgment in 14 days, this case would be dismissed without further notice under Rule 41(b) of the Federal Rules of Civil Procedure).

       **ACCORDINGLY, IT IS ORDERED:**

1.     This case is DISMISSED with prejudice for failure to prosecute and failure to comply with a court order. *See* Fed. R. Civ. P. 41(b).

2.     Defendant's Motion for Summary Judgment (Dkt. 30) is MOOT.

DATED: June 26, 2023

Amanda K. Brailsford
U.S. District Court Judge